| UNITED STATES BANKRUPTCY COURT | | |
|---|---|---|
| DISTRICT OF NEW JERSEY | | |

Caption in Compliance with D.N.J. LBR 9004-1(b)
*[Enter your name, address and phone number]*

James R. Lisa Esq.
921 Bergen Ave #829
Jersey City, NJ 07306
(201) 653-2888

FILED
JEANNE A. NAUGHTON, CLERK
NOV 20 2019
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

In Re:
*[Enter the debtor's name(s)]*

Bipen Ashwith Parikh

Case No.: 19-27451-RG
Chapter: 13
Hearing Date: 11/20/2019
Judge: RG

INTERIM
ORDER GRANTING MOTION TO REOPEN CASE

The relief set forth on the following page page numbered (1) ~~pages, numbered two (2) through [Enter the number of the last page of this Order]~~ is **ORDERED**.

11-20-19 /s/ Rosemary Gambardella
USBJ

IT IS HEREBY ORDERED:

1.) That the above referenced case is reopened;

2.) That the Debtor will file its plan no later than November 25, 2019, and

3.) That the Debtor will submit two (2) plan payments no later than ~~Friday~~ Saturday, November 29, 2019

4.) Proof will be provided to the Trustee of all payments no later than November 29, 2019.

5.) The required form of order must be submitted; 6.) If Debtor defaults on #3 or 4 above, the Trustee may submit a dismissal order.

The Court having reviewed the movant's Motion to Reopen Case, and any related responses or objections, it is hereby

ORDERED that:

1. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

2. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

3. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____

4. *[Enter the relief sought or ordered by the Court at the hearing. Each item of relief must be set forth in a separate numbered paragraph]* _____

_____

_____

_____