Form 196 – ntcadminerror

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−27451−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dipen Ashwin Parikh
   162 North Street
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−6442

Employer's Tax I.D. No.:

## AMENDED NOTICE CORRECTING AN ADMINISTRATIVE ERROR

On December 4, 2019 a Confirmation Hearing Scheduled was sent out by the Court which contained an administrative error.

This notice hereby amends the notice to correct the following information:

Original incorrect information:
Confirmation hearing to be held on 1/15/2020 at 08:30 AM at RG – Courtroom 3E, Newark. Last day to Object to Confirmation 1/8/2020

Corrected to state:
Confirmation hearing to be held on 2/5/2020 at 08:30 AM at RG – Courtroom 3E, Newark. Last day to Object to Confirmation 1/29/2020

The amendment of this notice does not affect deadlines that have been previously set.

Dated: January 10, 2020
JAN: dmc

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Dipen Ashwin Parikh  
    Debtor

Case No. 19-27451-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Jan 10, 2020  
                      Form ID: 196     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2020.
```
db              +Dipen Ashwin Parikh,    162 North Street,    Jersey City, NJ 07307-3317
aty             +James R. Lisa,    James Lisa, Esq.,    921 Bergen Avenue 1001B,    Jersey City, NJ 07306-4210
518455733       +American Express,    20500 Belshaw Ave.,    Carson, CA 90746-3506
518514441        American Express Travel Related Services Company,,    Inc.,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern PA 19355-0701
518455735       +Northstar Location Services LLC,    4285 Genesee St.,    Cheektowaga, NY 14225-1943
518455732       +Specialized Loan Servicing,    8742 Lucent Blvd.,    Ste. 300,    Highlands Ranch, CO 80129-2386
518455734       +TD Bank, N.A.,    PO Box 16027,    Lewiston, ME 04243-9513
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2020 00:31:55      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2020 00:31:51      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
                                                                                              TOTAL: 2
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518555181*       American Express Travel Related Services Company,,    Inc.,    c/o Becket and Lee LLP,
                  PO Box 3001,    Malvern  PA 19355-0701
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```