**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

**Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Dipen Ashwin Parikh | Case No. 19-27451-RG |
| Debtor. | Hearing Date: February 5, 2020 |
| | Judge Rosemary Gambardella |

### CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: February 6, 2020**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtors:            Dipen Ashwin Parikh
Case No.:           19-27451-RG
Caption of Order:   **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Specialized Loan Servicing, LLC, as servicing agent for GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby stipulated and agreed to that:

1. Creditor holds a valid note and mortgage on the property located at 162 North Street, Jersey City, NJ 07307.

2. Within seven (7) days of entry of this Order, the Debtor shall file a modified plan that pays the arrearage claim in full over the life of the Plan, as well as the regular monthly payment currently in the amount of $2,398.34.

We hereby Consent to the form and entry of the foregoing Order.

| | |
|---|---|
| _/s/ James R. Lisa, Esq._ | _/s/Gavin N. Stewart, Esq._ |
| James Lisa, Esq. | Gavin N. Stewart, Esq. |
| 921 Bergen Avenue 1001B | Stewart Legal Group, P.L. |
| Jersey City, NJ 07306 | 401 East Jackson Street, Suite 2340 |
| | Tampa, FL 33602 |