Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.:  19−27451−RG
          Chapter:  13
          Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dipen Ashwin Parikh
   162 North Street
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−6442

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/6/20.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 7, 2020
JAN: slm

                          Jeanne Naughton
                          Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Dipen Ashwin Parikh
    Debtor

Case No. 19-27451-RG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 07, 2020
                     Form ID: 148     Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.
```
db            +Dipen Ashwin Parikh,    162 North Street,    Jersey City, NJ 07307-3317
aty           +James R. Lisa,    James Lisa, Esq.,    921 Bergen Avenue 1001B,    Jersey City, NJ 07306-4210
cr            +Specialized Loan Servicing, LLC, as servicing agen,    P.O. Box 340514,    Tampa, FL 33694-0514
518455733     +American Express,    20500 Belshaw Ave.,    Carson, CA 90746-3506
518455735     +Northstar Location Services LLC,    4285 Genesee St.,    Cheektowaga, NY 14225-1943
518455732     +Specialized Loan Servicing,    8742 Lucent Blvd.,    Ste. 300,    Highlands Ranch, CO 80129-2386
518455734     +TD Bank, N.A.,    PO Box 16027,    Lewiston, ME 04243-9513
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2020 22:58:58     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2020 22:58:57     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
518514441      EDI: BECKLEE.COM Feb 08 2020 03:53:00     American Express Travel Related Services Company,,
                Inc.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
                                                                                              TOTAL: 3
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
518555181*     American Express Travel Related Services Company,,    Inc.,   c/o Becket and Lee LLP,
                PO Box 3001,    Malvern  PA 19355-0701
                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    GMAT Legal Title Trust 2013-1, U.S. Bank National
               Association, as Legal Title Trustee dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing, LLC, as servicing agent for
               GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee
               gavin@stewartlegalgroup.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```