**STEWART LEGAL GROUP, P.L.**
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

Order Filed on February 6, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Dipen Ashwin Parikh | Case No. 19-27451-RG |
| Debtor. | Hearing Date: February 5, 2020 |
| | Judge Rosemary Gambardella |

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages, number two (2) through two (2) is hereby

### ORDERED

**DATED: February 6, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Debtors: Dipen Ashwin Parikh
Case No.: 19-27451-RG
Caption of Order: **CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF PLAN**

THIS MATTER having been opened to the Court upon the Objection to Confirmation of Plan ("Objection") filed by Specialized Loan Servicing, LLC, as servicing agent for GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee ("Creditor"), and whereas the Debtor and Creditor seek to resolve the Objection, it is hereby stipulated and agreed to that:

1. Creditor holds a valid note and mortgage on the property located at 162 North Street, Jersey City, NJ 07307.

2. Within seven (7) days of entry of this Order, the Debtor shall file a modified plan that pays the arrearage claim in full over the life of the Plan, as well as the regular monthly payment currently in the amount of $2,398.34.

We hereby Consent to the form and entry of the foregoing Order.

James R. Lisa, Esq.
James Lisa, Esq.
921 Bergen Avenue 1001B
Jersey City, NJ 07306

/s/Gavin N. Stewart, Esq.
Gavin N. Stewart, Esq.
Stewart Legal Group, P.L.
401 East Jackson Street, Suite 2340
Tampa, FL 33602

```
                            United States Bankruptcy Court
                                  District of New Jersey
```

In re:  
Dipen Ashwin Parikh  
    Debtor

Case No. 19-27451-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin        Page 1 of 1        Date Rcvd: Feb 07, 2020  
                        Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.  
db         +Dipen Ashwin Parikh,   162 North Street,   Jersey City, NJ 07307-3317  
aty        +James R. Lisa,   James Lisa, Esq.,   921 Bergen Avenue 1001B,   Jersey City, NJ 07306-4210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:

        Denise E. Carlon   on behalf of Creditor   GMAT Legal Title Trust 2013-1, U.S. Bank National  
         Association, as Legal Title Trustee dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Gavin   Stewart   on behalf of Creditor   Specialized Loan Servicing, LLC, as servicing agent for  
         GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee  
         gavin@stewartlegalgroup.com  
        Marie-Ann   Greenberg   magecf@magtrustee.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                            TOTAL: 4